UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-05441-MMM(VBKx) | Date | December 31, 2007 |
| --- | --- | --- | --- |

Title    United States of America vs. H. Jacob Rivera

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None appearing | None appearing |

**Proceedings:**          [IN CHAMBERS] COURT ORDER


On October 25, 2007, the court issued an order directing the respondent to appear before a Revenue Officer.  The order disposes of the case with this court.  Accordingly, the action is hereby dismissed.